x:\tc51575\appear

WDJ/ls
File No.: TC-51575

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
---------------------------------------------------------------X
PETER B. BAILON,

               Plaintiff,

   -against-

90 CHURCH STREET LIMITED PARTNERSHIP, ALAN KASMAN DBA KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BANKERS TRUST COMPANY, BATTERY PARK CITY AUTHORITY, BELFOR USA GROUP, INC., BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., BT PRIVATE CLIENTS CORP., DEUTSCHE BANK TRUST COMPANY, DEUTSCHE BANK TRUST COMPANY AMERICAS, DEUTSCHE BANK TRUST CORPORATION, ENVIROTECH CLEAN AIR, INC., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIORNMENTAL GROUP, LLC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., MERRILL LYNCH & CO, INC., NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BANK OF NEW YORK TRUST COMPANY NA, TISHMAN INTERIORS CORPORATION, TOSCORP INC., WESTON SOLUTIONS, INC., WFP TOWER B CO. G.P. CORP.,

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

WFP TOWER B HOLDING CO., LP, AND WFP TOWER
B. CO., L.P., ET AL,

          Defendants.
------------------------------------------------------------------------X

COUNSELORS:

  PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
   July 11, 2007

               WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
               BARRY, McTIERNAN & MOORE
               Attorneys for Defendants
               STRUCTURE TONE, INC. s/h/a
               STRUCTURE TONE (UK), INC. and
               STRUCTURE TONE GLOBAL SERVICES, INC.
               2 Rector Street – 14th Floor
               New York, New York 10006
               (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700