UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER                : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION            :
:
-----------------------------------------------------------------X
PETER B. BAILON,                              : 07-CV-05336-AKH
:
               Plaintiff,             :
:  **APPEARANCE**
- against -                                   :
:
90 CHURCH STREET LIMITED                      :  **ELECTRONICALLY FILED**
PARTNERSHIP, *et al.*,                        :
:
              Defendants.            :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       October 3, 2007

                      By:     /s/ Judith R. Cohen
                                           _____
                                        Judith R. Cohen (JC-8614)
                                        1177 Avenue of the Americas
                                        New York, New York 10036
                                        Phone: (212) 277-6500
                                        Fax: (212) 277-6501

                                        *Attorney for Defendant*
                                        MERRILL LYNCH & CO., INC.

DOCSNY-271339v01