John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x  21 MC 102(AKH)
IN RE: WORLD TRADE CENTER LOWER                :
MANHATTAN DISASTER SITE LITIGATION
-------------------------------------------------------------------- x  Civil Action No.: 07cv05336
PETER B. BAILON,

                                        Plaintiff,                   :  **NOTICE OF BATTERY PARK
                                                                        CITY AUTHORITY's**
                                                                     :  **ADOPTION OF ANSWER TO**
        -against-                                                       **MASTER COMPLAINT**
                                                                     :

90 CHURCH STREET LIMITED PARTNERSHIP, ET         :
AL.,                                                                 :

                                        Defendants.                  :
-------------------------------------------------------------------- x

        PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as

and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt

BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated

August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan*

*Disaster site Litigation*, 21 MC 102 (AKH).

        WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing

the above-captioned action as against each of them, together with their costs and disbursements.

Dated:  White Plains, New York
        September 27, 2007

1701972.1

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
    & DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00147

By: _____
     John M. Flannery (JMF-0229)