William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION       21 MC 102 (AKH)

―――――――――――――――――――――X
PETER B BAILON,

                                          **NOTICE OF THE**
                                          **BROOKFIELD**
                   V.                     **PARTIES' ADOPTION**
                                          **OF AMENDED ANSWER**
                                          **TO MASTER**
                                          **COMPLAINT**

90 CHURCH STREET LIMITED PARTNERSHIP,
ET. AL.,                                  CASE NUMBER: (AKH)
                                          07 CV 05336
―――――――――――――――――――――X

   PLEASE TAKE NOTICE THAT Defendants Brookfield Financial Properties, Inc., Brookfield Financial Properties, L.P., WFP Tower B Co L.P. and WFP Tower B Co. GP Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

   WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       October 18, 2007

Faust, Goetz, Schenker & Blee, LLP

_____
By: William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, NY 10006
(212) 363-6900