Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
BROWN BROTHERS HARRIMAN & CO., i/s/h/a
BROWN BROTHERS HARRIMAN & CO., INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   21 MC 102 (AKH)

PETER B. BAILON,                                              Index No.: 07-CV-05336

                  Plaintiff(s),        **NOTICE OF ADOPTION OF ANSWER**
                                                             **TO MASTER COMPLAINT**
  -against-

                                                             **ELECTRONICALLY FILED**
63 WATER STREET, INC., *et al.*,

                  Defendant(s).
-----------------------------------------------------------X

      PLEASE TAKE NOTICE that Defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC,. by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

      WHEREFORE, the defendant, BROWN BROTHERS HARRIMAN & CO., i/s/h/a BROWN BROTHERS HARRIMAN & CO., INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      January 3, 2008

                            Yours etc.,

                            McGIVNEY & KLUGER, P.C.
                            Attorneys for Defendant
                            BROWN BROTHERS HARRIMAN & CO., i/s/h/a
                            BROWN BROTHERS HARRIMAN & CO., INC.

                            By: _____
                            Richard E. Leff (RL-2123)
                            80 Broad Street, 23rd Floor
                            New York, New York 10004
                            (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site
        Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel